■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE GARCIA, Appellant.—Judgment, Supreme Court, New York County, rendered July 23, 1974, unanimously modified, on the law, to reverse the

conviction of the crimes of possession with intent to sell, and sale of a controlled substance, and remanding the counts therefor for trial anew, and otherwise affirmed. The District Attorney concedes error in refusal to charge on the question of agency in purchase of a controlled substance by one person, here an undercover police officer, for another. A new trial on the counts involving sale and intent to sell is therefore required. The conviction of possession of a controlled substance will remain undisturbed. Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli and Lynch, JJ.